AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALFARUS CLAY,

    Plaintiff,

v.

WARDEN ODUM, OFFICER ONSBY, UNIT MANAGER ROULS, MS. LYONS, and OFFICER R. SMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-24

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated April 29, 2025, the Court dismisses without prejudice Plaintiff's Complaint. The Court also denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: 

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

April 29, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*


*(By) Deputy Clerk*

GAS Rev 10/1/03